FILED
10/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LM

Judge Elaine E. Bucklo
Magistrate Judge Jeannice W. Appenteng
RANDOM/Cat. 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **INDICTMENT** |
| ) | |
| v. ) | Case No. |
| ) | |
| KIMBERLY MARIANI ) | Violations: |
| ) | Title 26, United States Code, Section |
| ) | 7206(2) |
| ) | |
| _____ ) | |

**COUNTS ONE THROUGH TEN**

**Aiding and Assisting in the Preparation of False Tax Returns,
26 U.S.C. § 7206(2)**

The SPECIAL JUNE 2024 GRAND JURY charges:

1. At times material to this Indictment:

    a. From at least in or around 2017 until in or about January 2021 defendant KIMBERLY MARIANI worked for Entertainment Tax Advisors ("ETA"), a business that operated in the Chicago, Illinois area, within the Northern District of Illinois, and prepared and filed federal tax returns, mostly for professional athletes, for a fee.

    b. Defendant KIMBERLY MARIANI was identified on ETA promotional materials as a "principal." Defendant KIMBERLY MARIANI signed client contracts on ETA's behalf and was entitled to a commission on fees paid by clients whom she recruited to ETA. ETA paid defendant KIMBERLY MARIANI as an independent contractor.

1

      c.      Defendant KIMBERLY MARIANI was a licensed attorney in good standing with the New York State Bar Association. Defendant KIMBERLY MARIANI was admitted to practice before the United States Tax Court on February 26, 2020.

      d.      The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

      e.      IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by U.S. taxpayers to file an annual income tax return.

      f.      A Schedule A (Form 1040), Itemized Deductions ("Schedule A"), was used to figure a taxpayer's itemized deductions. A taxpayer could take either their itemized deductions or the standard deduction. A taxpayer taking their itemized deductions attached the Schedule A to their Form 1040 or other individual income tax return.

      g.      A Schedule C (Form 1040), Profit or Loss From Business ("Schedule C"), was used to report income or loss from a business operated or a profession practiced as a sole proprietor. The taxpayer attached the Schedule C to their Form 1040 or other individual tax return.

      h.      A Schedule 1 (Form 1040), Additional Income and Adjustments to Income ("Schedule 1"), was used to report additional income and adjustments to income. The taxpayer attached the Schedule 1 to their Form 1040.

      i.      Defendant KIMBERLY MARIANI promoted ETA's tax return preparation services to prospective clients. As part of the pitch to prospective clients, defendant KIMBERLY MARIANI and other ETA representatives presented "assured tax savings," which was the amount of money ETA claimed it would be able to save the

clients in personal income taxes. ETA's written proposals to prospective clients specified that the clients would pay ETA as much as $655,000 for four years of tax return preparation services, and represented that the clients' "assured tax savings" would substantially exceed ETA's fees.

j.  Defendant KIMBERLY MARIANI and other ETA representatives advised prospective clients that ETA would achieve the assured tax savings using "tax savings strategies" to lower clients' total income so it would be taxed at a lower rate.

k.  In practice, ETA's "tax savings strategies" included reporting false items on Schedules A and Schedules C attached to clients' Forms 1040. For example, ETA would falsely inflate charitable contributions on clients' Schedules A and report false and fraudulent losses on their Schedules C.

l.  Defendant KIMBERLY MARIANI and other ETA representatives sometimes persuaded prospective clients to engage ETA for tax preparation by agreeing to reduce or waive tax preparation fees if ETA did not meet the "assured tax savings" promised during the pitch.

2. On or about the dates set forth below, in the Northern District of Illinois, Eastern Division, and elsewhere,

KIMBERLY MARIANI,

defendant herein, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the IRS of U.S. Individual Income Tax Returns, Forms 1040, for the taxpayers (whose names are known to the Grand Jury) and calendar years set forth below. The tax returns were false and fraudulent as to material matters, as described below, including claiming false deductions for charitable contributions on Schedules A and false business losses on Schedules C, whereas

3

MARIANI knew the taxpayers were not entitled to the claimed deductions and did not incur the claimed business losses. As a result of the false deductions, business losses, and adjustments, the tax returns underreported the taxpayers' total income and claimed refunds in amounts to which the taxpayers were not entitled or underreported the taxes the taxpayers owed:

| Count | Taxpayer | Year | Approximate Filing Date | False Items |
|---|---|---|---|---|
| 1 | Client 1 | 2019 | 7/15/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-221,261<br>b. Form 1040, Line 7b, Total income: $3,427,844<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $190,375<br>d. Form 1040, Line 11b, Taxable income: $3,237,348<br>e. Form 1040, Line 23, Amount you owe: $26,610<br>f. Schedule 1, Line 3, Business income or (loss): $-221,261<br>g. Schedule A, Line 11, Gifts by cash or check: $180,375<br>h. Schedule C, Line 31, Net profit or (loss): $-221,261 |
| 2 | Client 2 | 2019 | 7/15/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-129,315<br>b. Form 1040, Line 7b, Total income: $2,029,878<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $110,203<br>d. Form 1040, Line 11b, Taxable income: $1,919,675<br>e. Form 1040, Line 20, Amount Overpaid: $14,550<br>f. Schedule 1, Line 3, Business income or (loss): $-129,315<br>g. Schedule A, Line 11, Gifts by cash or check: $108,722<br>h. Schedule C, Line 31, Net profit or (loss): $-129,315 |

| Count | Taxpayer | Year | Approximate Filing Date | False Items |
|---|---|---|---|---|
| 3 | Client 3 | 2018 | 11/15/2019 | a. Form 1040, Line 6, Total income: $4,891,330<br>b. Form 1040, Line 8, Standard deduction or Itemized deductions: $224,965<br>c. Form 1040, Line 10, Taxable income: $4,666,365<br>d. Form 1040, Line 19, Amount Overpaid: $262,045<br>e. Schedule 1, Line 12, Business income or (loss): $-391,760<br>f. Schedule A, Line 11, Gifts by cash or check: $214,965<br>g. Schedule C, Line 31, Net profit or (loss): $-391,760 |
| 4 | Client 3 | 2019 | 3/16/2021 | a. Form 1040, Line 7b, Total income: $1,255,367<br>b. Form 1040, Line 11b, Taxable income: $1,229,973<br>c. Form 1040, Line 20, Amount Overpaid: $46,263<br>d. Schedule 1, Line 3, Business income or (loss): $-92,783<br>e. Schedule C, Line 31, Net profit or (loss): $-92,783 |
| 5 | Client 4 | 2019 | 10/7/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-51,225<br>b. Form 1040, Line 7b, Total income: $823,968<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $38,740<br>d. Form 1040, Line 11b, Taxable income: $785,223<br>e. Form 1040, Line 20, Amount Overpaid: $45,197<br>f. Schedule 1, Line 3, Business income or (loss): $-52,666<br>g. Schedule A, Line 11, Gifts by cash or check: $28,740<br>h. Schedule C, Line 31, Net profit or (loss): $-52,691 |

| Count | Taxpayer | Year | Approximate Filing Date | False Items |
|---|---|---|---|---|
| 6 | Client 5 | 2019 | 8/10/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-80,849<br>b. Form 1040, Line 7b, Total income: $896,959<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $77,013<br>d. Form 1040, Line 11b, Taxable income: $819,852<br>e. Form 1040, Line 20, Amount Overpaid: $58,707<br>f. Schedule 1, Line 3, Business income or (loss): $-80,849<br>g. Schedule A, Line 11, Gifts by cash or check: $46,740<br>h. Schedule C, Line 31, Net profit or (loss): $-80,849 |
| 7 | Client 6 | 2019 | 10/8/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-344,481<br>b. Form 1040, Line 7b, Total income: $7,376,631<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $382,695<br>d. Form 1040, Line 11b, Taxable income: $6,993,680<br>e. Form 1040, Line 20, Amount Overpaid: $228,386<br>f. Schedule 1, Line 3, Business income or (loss): $-344,481<br>g. Schedule A, Line 11, Gifts by cash or check: $336,421<br>h. Schedule C, Line 31, Net profit or (loss): $-344,481 |

| Count | Taxpayer | Year | Approximate Filing Date | False Items |
|---|---|---|---|---|
| 8 | Client 7 | 2019 | 7/11/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-317,681<br>b. Form 1040, Line 7b, Total income: $8,818,061<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $477,561<br>d. Form 1040, Line 11b, Taxable income: $8,340,425<br>e. Form 1040, Line 20, Amount Overpaid: $181,735<br>f. Schedule 1, Line 3, Business income or (loss): $-316,195<br>g. Schedule A, Line 11, Gifts by cash or check: $463,524<br>h. Schedule C, Line 31, Net profit or (loss): $-316,195 |
| 9 | Client 8 | 2019 | 7/15/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-356,940<br>b. Form 1040, Line 7b, Total income: $2,142,331<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $128,299<br>d. Form 1040, Line 11b, Taxable income: $2,013,271<br>e. Form 1040, Line 20, Amount Overpaid: $26,205<br>f. Schedule 1, Line 3, Business income or (loss): $-356,940<br>g. Schedule A, Line 11, Gifts by cash or check: $105,668<br>h. Schedule C, Line 31, Net profit or (loss): $-356,940 |

| Count | Taxpayer | Year | Approximate Filing Date | False Items |
|---|---|---|---|---|
| 10 | Client 9 | 2019 | 7/28/2020 | a. Form 1040, Line 7a, Other income from Schedule 1, line 9: $-61,685<br>b. Form 1040, Line 7b, Total income: $880,602<br>c. Form 1040, Line 9, Standard deduction or Itemized deductions: $79,287<br>d. Form 1040, Line 11b, Taxable income: $801,303<br>e. Form 1040, Line 20, Amount Overpaid: $3,042<br>f. Schedule 1, Line 3, Business income or (loss): $-61,685<br>g. Schedule A, Line 11, Gifts by cash or check: $45,827<br>h. Schedule C, Line 31, Net profit or (loss): $-61,685 |

In violation of Title 26, United States Code, Section 7206(2).

                                            A TRUE BILL

                                            FOREPERSON

ANDREW J. KAMEROS
Assistant Chief
MEREDITH M. HAVEKOST
Trial Attorney
Department of Justice, Tax Division